UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAULFO G. RAMIREZ,<br><br>                    Petitioner,<br><br>     vs.<br><br>WAGNER,<br><br>                    Respondent.<br>_____/ | 1:09-cv-01883 YNP (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **November 3, 2009**              **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE